April 14, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

RUDY GUILLEN, Appellant

NO. 14-15-00408-CV                    V.

U.S. BANK, N.A., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, U.S. Bank, N.A., signed, April 13, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Rudy Guillen, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.